B19-01851

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In Re: | CASE NO. 19-32247 |
| Edward W Springston | CHAPTER 13 |
| Debtor | JUDGE ALAN C. STOUT |
| | **(7707 Trillium Drive, Louisville, KY 40258)** |

**OBJECTION TO CONFIRMATION OF PLAN**

MTGLQ Investors, LP by and through its servicing agent, Rushmore Loan Management Services, LLC (hereafter "Creditor"), for its Objection to Debtor's Chapter 13 Plan states as follows:

1. Creditor holds a first mortgage on residential real estate owned by Debtor and occupied as a primary residence by the Debtor located at 7707 Trillium Drive, Louisville, KY 40258;

2. Creditor anticipates filing a Proof of Claim on the mortgage claiming a total debt of $147,944.14, arrearage of $62,098.49, and a total post-petition payment of $1,106.03;

3. Debtor's Plan provides for monthly payments to the Trustee of just $755.00 for 60 months. This amounts to just $45,300.00 total funding available to pay the costs of administration, Creditor's arrears and all other claims;

4. Debtor's Plan violates 11 USC §1322 (b)(5) because it does not provide for Creditor's arrears to be paid within a reasonable amount of time;

5. Debtor's Plan violates 11 USC §1322(d) because it will take longer than 60 months to fully pay Creditor's arrears.

Wherefore, Creditor objects to the Confirmation of Debtor's Plan.

        Respectfully submitted,
        Clunk, Hoose Co., LPA

        /S/ LeAnn E. Covey
        LeAnn E. Covey (#97423) - Ext. 2263
        4500 Courthouse Blvd.
        Suite 400
        Stow, OH  44224
        (330) 436-0300 - telephone
        (330) 436-0301 - facsimile
        bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Confirmation of Plan was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on August 15, 2019 addressed to:


Edward W Springston
7707 Trillium Drive
Louisville, KY  40258


                                            **/S/ LeAnn E. Covey**
                                            LeAnn E. Covey, Esquire